UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JASON CAMACHO, on behalf of himself
and all other persons similarly situated,

                        Plaintiff,

          -against-

EAST STROUDSBURG UNIVERSITY,

                        Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2019

18-cv-10599 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  October 29, 2019
         New York, New York

_____
Vernon S. Broderick
United States District Judge